276 F.2d 958
 Hurley KELLY, Libelant-Appellant,
v.
THREE BAYS CORPORATION, Ltd., Respondent-Appellee.
 No. 291, Docket 25844.
 United States Court of Appeals Second Circuit.
 Argued April 13, 1960.
Decided April 15, 1960.
 
 Kenneth Heller, New York City, for libelant-appellant.
 Daniel J. Dougherty, New York City (Kirlin, Campbell & Keating, New York City, and Robert L. Mahar, Brooklyn, N.Y., on the brief), for respondent-appellee.
 Before LUMBARD, Chief Judge, and SWAN and CLARK, Circuit Judges.
 PER CURIAM.
 
 
 1
 The decree of the district court is affirmed on the thorough and well reasoned opinion of Judge Bryan, reported at 1959, 173 F.Supp. 835.